**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CAMERON BRASWELL
#30724**                                                                                                     **PLAINTIFF**

v.                              Case No. 4:20-cv-00810-LPR

**SUSAN POTTS**                                                                                                  **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Jerome T. Kearney. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety. In addition to the reasons stated in the Recommendation, the Court further notes that Mr. Braswell's official capacity claims fail because he did not allege that his injury was caused by a government policy or custom. *See, e.g.*, *Remington v. Hoopes*, 611 F. App'x 883, 885 (8th Cir. 2015) (unreported); *Gladden v. Richbourg*, 759 F.3d 960, 968 (8th Cir. 2014).

Mr. Braswell's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE