# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CAMERON BRASWELL**  **PLAINTIFF**
*#30724*

v.　　　　　　　　　Case No. 4:20-cv-00810-LPR

**SUSAN POTTS**　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 14th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE